IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| BRENDA MONK, *on behalf of*, E.M., a minor child | ) ) ) ) | Case No. 4:11cv00036 |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge [ECF No. 18], recommending that Defendant's Motion for Summary Judgment [ECF No. 16] be granted and the Commissioner's final decision be affirmed. Plaintiff has filed timely objections to the Magistrate's Report and Recommendation. [ECF No. 19.] For the reasons stated in the accompanying Memorandum Opinion, I will **OVERRULE** Plaintiff's objections, **ADOPT** the Magistrate's Report and Recommendation, and **GRANT** Defendant's Motion for Summary Judgment. I **AFFIRM** the Commissioner's final decision and **DISMISS** this case from the docket of this Court.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 5th day of June, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE